# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Meier, Joseph M. | United States Bankruptcy Court, District of Idaho | 4/26/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2018 <br> to <br> 12/31/2018 |

**7. Chambers or Office Address**

United States Bankruptcy Court
550 West Fort Street
5th Floor
Boise, ID 83724

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Employee/Partner in law firm from January 1, 2016 resigned March 22, 2018 | Cosho Humphrey, LLP |
| 2. | Member from January 18, 2016 withdrew March 22, 2018. | 1501 Tyrell Lane, LLC |
| 3. | 100% shareholder and President from January 1, 2016 to present | Joseph M. Meier, P.A. Idaho organization -12.5% Partner of Cosho Humphrey, PA |
| 4. | Adjunct Professor | University of Idaho College of Law |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 3/22/2018 | Resigned from Cosho Humphrey, LLP, former lawfirm; will be paid all receivables, less expenses earned through 3/22/2018. Paid to Joseph M. Meier PA |
| 2. | 3/22/2018 | Withdrew as 12.5% member from 1501 Tyell Lane, LLC, owner of building occupied by former lawfirm. Sold equity to LLC & paid lump sum |
| 3. | 2008 | 401K held through former employer Cosho Humphrey, LLP self funded, self selected investments |
| 4. | 2005 | Joseph M. Meier, PA partner in Cosho Humphrey, LLP. Withdrew as partner March 22, 2018. LLP purchased all partnership interest of 12.5% |

| Name of Person Reporting | Date of Report |
|---|---|
| Meier, Joseph M. | 4/26/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/31/2018 | University of Idaho College of Law | $4,001.00 |
| 2. 12/31/2018 | Joseph M. Meier, P.A. Salary | $147,165.40 |
| 3. 12/31/2018 | Joseph M. Meier, P.A. S Corp income | $148,667.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Montana State Bar | 8/2/2018-8/3/2018 | Butte, MT | Speaker-MT State Bankruptcy Conference | Lodging, Travel Meals |
| 2. | United States Courts-District of Idaho | 9/13/18-9/14/18 | Fort Hall, ID | Speaker Annual Idaho District Conference | Lodging, Travel, Meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Meier, Joseph M. | 4/26/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | First Interstate Bank | Note secured by real property-vacation property | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Meier, Joseph M. | 4/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. WA. FED Certificate of Deposit | A | Interest | J | T | | | | | |
| 2. US Bank Account- | A | Interest | L | T | | | | | |
| 3. In Cosho Humphrey, LLP 401k investments below(lines 4-12): | | | | | | | | | |
| 4. American Funds New Perspective | C | Int./Div. | M | T | | | | | |
| 5. Invesco Mid Cap Core | C | Int./Div. | M | T | | | | | |
| 6. American Funds New World Fund | A | Int./Div. | L | T | | | | | |
| 7. PIMCO | B | Int./Div. | M | T | | | | | |
| 8. American Funds Capital World Bond | A | Int./Div. | K | T | | | | | |
| 9. American Funds Capital Inc Builder | C | Int./Div. | M | T | | | | | |
| 10. Lord Abbett Alpha Strategy | A | Int./Div. | J | T | | | | | |
| 11. American Funds Growth Fund of Amer | A | Int./Div. | J | T | | | | | |
| 12. American Funds Invmt Co of Amer | C | Int./Div. | M | T | | | | | |
| 13. NW Mutual Variable Life Policy(lines 14-21) | | | | | | | | | |
| 14. Select Bond Fund-MSA/Wells | A | Int./Div. | J | T | | | | | |
| 15. International Eq. (MSA/Franklin Templeton) | A | Int./Div. | J | T | | | | | |
| 16. Government Money Market(MSA/BlkRck) | A | Int./Div. | J | T | | | | | |
| 17. LC Cr Stock (MSA/Wellington) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Meier, Joseph M. | 4/26/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Index 400 Stock (MSA) | A | Int./Div. | J | T | | | | | |
| 19. SC Growth Stock (MSA/Wellington) | A | Int./Div. | J | T | | | | | |
| 20. International Dev. Markets (RIF) | A | Int./Div. | J | T | | | | | |
| 21. Global Real Estate (RIF) | A | Int./Div. | J | T | | | | | |
| 22. NW Muual Whole Life Policy | C | Int./Div. | L | T | | | | | |
| 23. NW Mutual Whole Life Policy (2nd) | B | Int./Div. | K | T | | | | | |
| 24. NW Mutal Brokerage Account (lines 25-27) | | | | | | | | | |
| 25. Dreyfus Ins Deposit Program | A | Int./Div. | J | T | | | | | |
| 26. The Income Fund of America | A | Int./Div. | K | T | | | | | |
| 27. Washington Mutual Investors Fund | A | Int./Div. | J | T | | | | | |
| 28. Rollover IRA Account -(Lines 28-30) | | | | | | | | | |
| 29. Dreyfus Ins. Deposit Program | A | Int./Div. | J | T | | | | | |
| 30. Russell Moderate Strategy Fund | A | Int./Div. | K | T | | | | | |
| 31. Idaho Central Credit Uniton Acct | A | Interest | L | T | | | | | |
| 32. NW Mutal Whole Life Policy (3rd) | A | Int./Div. | J | T | | | | | |
| 33. Nw Mutual Whole Life Policy(4th) | A | Int./Div. | J | T | | | | | |
| 34. NW Mutual Whole Life Policy (5th) | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Meier, Joseph M. | 4/26/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Meier, Joseph M. | 4/26/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joseph M. Meier**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544